

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 1007

> The limited relief sought is granted.
>
> SO ORDERED.
>
> */s/ Naomi Reice Buchwald*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: New York, New York
> August 22, 2023

Herbert Smith Freehills New York LLP
450 Lexington Avenue, 14th floor
New York, NY 10017
USA
T  +1 917 542 7600
F  +1 917 542 7601
D  +1 917 542 7647
E  barron.flood@hsf.com
www.herbertsmithfreehills.com

Date
August 04 2023

By ECF and U.S. Mail

**Re:**   **Tech+IP Advisory, LLC v. BlackBerry Limited,**
         **Case No. 1:23-cv-5996 (NRB) (S.D.N.Y.)**

Dear Judge Buchwald,

This firm represents plaintiff Tech+IP Advisory, LLC ("Tech+IP") in the above referenced action.  We write jointly with counsel for defendant BlackBerry Limited ("BlackBerry") to provide the Court with an update on the confidentiality issues raised in Tech+IP's motion by order to show cause (ECF No. 1-1, the "OSC") and to seek the Court's permission pursuant to Section 2.H of Your Honor's Individual Practices to file certain documents in redacted form and/or under seal.

Tech+IP commenced this action in the Supreme Court of the State of New York, County of New York by Summons With Notice on June 9, 2023.  On July 11, 2023, Tech+IP served BlackBerry with a complaint consistent with N.Y. CPLR 3012(b) (the "Complaint").  Tech+IP's Complaint contains (i) information which may be subject to a non-disclosure agreement between Tech+IP and BlackBerry dated April 1, 2020; (ii) descriptions of the terms on which third-parties were willing to purchase BlackBerry's patent assets; and (iii) references to the terms, including price terms, pursuant to which Tech+IP was willing to provide advisory services to BlackBerry.  Accordingly, Tech+IP filed the OSC seeking to seal or redact portions of the Complaint.  BlackBerry removed the action to this Court on July 12, 2023 (ECF No. 1).

Pursuant to the Court's instruction, the parties have conferred and agree that certain portions of the Complaint, and the exhibits thereto, should be redacted and/or filed under seal for the reasons set forth in the OSC.  Accordingly, the parties respectfully request the Court's permission to file the unredacted version of the Complaint, as well as Exhibits A and B thereto, under seal with the viewing level "Selected

Herbert Smith Freehills New York LLP and Herbert Smith Freehills, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills.

Herbert Smith Freehills New York LLP is a limited liability partnership registered in England and Wales with registered number OC375072. Its registered office is at Exchange House, Primrose Street, London EC2A 2EG.



Date
August 04 2023
Letter to
Hon. Naomi Reice Buchwald

Parties."[1]  Consistent with the ECF Rules, a redacted version of the Complaint will be filed on the public docket.

Respectfully submitted,

*/s/ Barron M. Flood*

Barron M. Flood

cc:     All Counsel of Record (by ECF)

---

[1]     For the Court's convenience, the parties have highlighted the portions of the Complaint to be redacted and/or filed under seal in yellow.