# MORRISON FOERSTER

250 WEST 55TH STREET
NEW YORK
NEW YORK 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

November 15, 2023

Writer's Direct Contact
+1 (212) 468-8203
JLevitt@mofo.com

VIA ECF

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Tech+IP Advisory, LLC v. BlackBerry Limited*, No. 1:23-cv-05996-NRB
Letter Motion to Seal

Dear Judge Buchwald:

On behalf of Defendant BlackBerry Limited ("BlackBerry"), we write to seek the Court's permission pursuant to Section 2.H of Your Honor's Individual Practices to file portions of BlackBerry's Memorandum of Law in Support of its Motion to Dismiss ("Memorandum of Law") and the letter pursuant to Your Honor's Individual Rule 2(E)(1) (the "Letter") in redacted form and/or under seal.

On August 4, 2023, this Court granted the parties' request to redact portions of the Complaint and file Exhibits A and B to the Complaint under seal (the "Sealing Order"). (ECF No. 12.) Plaintiff Tech+IP Advisory, LLC ("Tech+IP") subsequently filed an Amended Complaint on October 24, 2023 (ECF No. 23). The Amended Complaint also contained redactions and the exhibits were filed under seal pursuant to the Sealing Order. BlackBerry cites to redacted portions of the Amended Complaint and its sealed exhibits in the Memorandum of Law and Letter.

The cited information (i) may be subject to a non-disclosure agreement between Tech+IP and BlackBerry dated April 1, 2020; (ii) descriptions of the terms on which third-parties were willing to purchase BlackBerry's patent assets; and (iii) references to the terms, including price terms, pursuant to which Tech+IP was willing to provide advisory services to BlackBerry. BlackBerry respectfully requests the Court permit these documents to be filed in redacted form as previously allowed in the Sealing Order.

Accordingly, BlackBerry requests the Court's permission to seal the unredacted version of the Memorandum of Law and Letter with the viewing level "Selected Parties." Consistent

*[Handwritten annotation:]* Application granted.
Naomi Reice Buchwald
USDJ
11/16/23

**MORRISON FOERSTER**

Hon. Naomi Reice Buchwald
November 15, 2023
Page Two

with the ECF Rules, a redacted version of the Memorandum of Law and Letter will be filed on the public docket.

Respectfully,

*/s/ Jamie A. Levitt*

Jamie A. Levitt

cc:     All counsel of record (by ECF)