UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TECH+IP ADVISORY, LLC,

                Plaintiff,

    v.

BLACKBERRY LIMITED,

               Defendant.

Case No. 1:23-cv-05996-NRB

**JUDGMENT**

Pursuant to the Memorandum and Order, filed September 12, 2024,

IT IS ORDERED AND ADJUDGED, pursuant to Rule 58 of the Federal Rules of Civil Procedure, that judgment is entered in favor of Defendant BlackBerry Limited and the complaint is dismissed, with prejudice. Each party shall bear its own costs.

Dated: ~~September~~ October 10, 2024

                                                                                                      U.S.D.J.